UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:17CR00210 DPM |
| | ) | |
| TERRY WHITTIER JR. | ) | **UNDER SEAL** |

ORDER

The United States of America's motion to unseal indictment is granted. The Indictment in this matter shall be unsealed at 9:00 a.m. on Tuesday, July 25, 2017.

_____
UNITED STATES MAGISTRATE JUDGE